UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Brian Ray Wenger | ) CASE NO: 19-02717-eg |
| Ashley Marie Wenger | ) |
| | ) CHAPTER 13 |
| DEBTORS. | ) |
| | ) |

**NOTICE OF CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE**

To: The Trustee and to all creditors and parties in interest:

The above-referenced debtors filed papers with the court to request a discharge pursuant to 11 U.S.C. § 1328(a) in the above case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the debtors a discharge or if you have any reason to believe that the provisions of 11 U.S.C. § 522(q)(1) apply to these debtors or that there is pending any proceeding in which the debtors may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B), or you want the court to consider your views on this Notice, then within fourteen (14) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at: 1100 Laurel Street, Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Robert R. Meredith Jr.
Elizabeth R. Heilig
Attorneys for Debtor
2411 North Oak St., Ste 107
Myrtle Beach, SC 29577

Brian Ray Wenger
Ashley Marie Wenger
103 Lucille Lane
Hemingway, SC 29554

Attend the hearing scheduled to be heard on June 6, 2024, at 10:30 a.m., at 145 King Street, Room 225, Charleston, South Carolina 29401.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the certification or this notice and may enter an order granting that relief.

Date: 4/25/24

Robert R. Meredith, Jr., DC ID #06152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Attorneys for Debtors
Meredith Law Firm, LLC
2411 North Oak Street, Suite 107
Myrtle Beach, SC 29577
843-445-6300/843-445-6304 (f)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Brian Ray Wenger
Ashley Marie Wenger

CASE NO: 19-02717-eg

CHAPTER 13

DEBTORS.

### CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE

The above-captioned debtors certify under penalty of perjury that the following are true and correct:

1) There has been no Court order that would deny the debtors the right to a discharge.
2) All payments due under the plan have been completed, including all payments required under 11 U.S.C § 1322(b)(5).
3) Pursuant to 11 U.S.C. § 1328(a), all amounts payable for domestic support obligations due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid to:
Name:   N/A
Address: _____

The debtor's employer and address: JMW Enterprise of Georgetown, LLC, 567 Edgewater Drive, Georgetown, SC 29440

The joint debtor's employer and address: Genex Services, 2763 Meadow Church Road, Suite 110, Duluth, GA 30097

Claims that were not discharged pursuant to 11 U.S.C. § 523(a)(2) or (4): N/A.

Debts that were reaffirmed under 11 U.S.C. § 524(c): N/A.

4) The provisions of 11 U.S.C. § 522(g)(1) are not applicable to this case under 11 U.S.C. § 1328(h) and there are no proceedings pending against the debtors of the kind described in 11 U.S.C § 522(g)(1)(B).
5) The debtors have not received a discharge in a case filed under 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.
6) The debtors have either sought an exemption from or completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has either previously filed Official Form 423 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

The undersigned requests that a discharge be granted in accordance with 11 U.S.C. § 1328.

Date: 4/25/2024          Brian Ray Wenger

Date: 4/24/2024          Ashley Marie Wenger

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
)
Brian Ray Wenger ) CASE NO: 19-02717-eg
Ashley Marie Wenger )
) CHAPTER 13
DEBTORS. )
_____ )

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice, Certification of Plan Completion and Request for Discharge was duly served upon the parties named below either by depositing said papers in the United States Mail at Myrtle Beach, South Carolina or electronically through CM/ECF.

**ELECTRONICALLY**
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC 29465-0997

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

**VIA US MAIL**
(SEE ATTACHED)

Date: 4/25/24

Kristi Keen, Paralegal to
Robert R. Meredith, Jr., DC ID #06152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Attorney for Debtors
2411 North Oak Street, Suite 107
Myrtle Beach, SC 29577
Telephone: 843-445-6300
Facsimile: 843-445-6304

```
Label Matrix for local noticing          Amazon Capital Lending              Ashley Funding Services, LLC
0420-2                                    PO Box 81226                        Resurgent Capital Services
Case 19-02717-eg                          Seattle WA 98108-1300               PO Box 10587
District of South Carolina                                                    Greenville, SC 29603-0587
Charleston
Thu Apr 25 10:20:34 EDT 2024

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15  Jesse A. P. Baker                   Bayview Loan Servicing
LLC                                       Aldridge Pite, LLP                  4425 Ponce de Leon Blvd
PO Box 788                                8880 Rio San Diego Drive            5th Floor
Kirkland, WA 98083-0788                   Ste 725                             Miami FL 33146-1839
                                          San Diego, CA 92108-1619

Bayview Loan Servicing, LLC               Bureaus Investment Group Portfolio No 15 LLC   Timothy Calderwood
4425 Ponce de Leon Blvd, 5th Floor        PO Box 788                          Finkel Law Firm, LLC
Coral Gables FL 33146-1839                Kirkland, WA 98083-0788             1201 Main Street
                                                                              Ste 1800
                                                                              Columbia, SC 29201-3294

Campus USA Credit Union                   Campus USA Credit Union             Capital One Bank
1900 Sw 34th Street                       Po Box 147029                       PO Box 30285
Gainesville FL 32608-1269                 Gainesville FL 32614-7029           Salt Lake City UT 84130-0285

Capital One Bank (USA), N.A.              Capital One Bank/Justice            Capital One, N.A.
by American InfoSource as agent           PO Box 30258                        c/o Becket and Lee LLP
PO Box 71083                              Salt Lake City UT 84130-0258        PO Box 3001
Charlotte, NC  28272-1083                                                     Malvern PA 19355-0701

(p)JPMORGAN CHASE BANK  N A               Citibank N.A.                       Citibank, N.A.
BANKRUPTCY MAIL INTAKE TEAM               PO Box 790034                       701 East 60th Street North
700 KANSAS LANE FLOOR 01                  Saint Louis MO 63179-0034           Sioux Falls, SD 57104-0432
MONROE LA 71203-4774

Comenity Bank Bankruptcy Department       Comenity Bank/Marathon              Comenity Bank/Wayfair
PO Box 182125                             Po Box 182125                       PO Box 182125
Columbus OH 43218-2125                    Columbus OH 43218-2125              Columbus OH 43218-2125

Community Loan Servicing, LLC             Credit One Bank                     Creditors Collection Services
4425 Ponce De Leon Blvd., 5th Floor       Po Box 98873                        4530 Old Cave Spring Road
Coral Gable, FL 33146-1839                Las Vegas NV 89193-8873             Roanoke VA 24018-3423

Directv, LLC                              ERC                                 Encore Receivable Managment, Inc.
by American InfoSource as agent           PO Box 57610                        400 North Rogers Road
PO Box 5008                               Jacksonville FL 32241-7610          Olathe KS 66062-1212
Carol Stream, IL  60197-5008

Financial Data Systems                    Finkel Law Firm                     First Citizens Bank & Trust
1638 Military Cutoff Road                 PO Box 71727                        Attn: Bankruptcy
Wilmington NC 28403-5752                  North Charleston SC 29415-1727      100 E Tyron Rd
                                                                              Raleigh NC 27603-3581
```

```
Fortiva Credit Card                    Genesis Garment Services              Genpact Services, LLC
5 Concourse Parkway                    PO Box 4477                           PO Box 1969
Atlanta GA 30328-5350                  Beaverton OR 97076-4401               Southgate MI 48195-0969



Georgetown County Tax Assessor         Georgetown Times                      Global Credit & Collection Corporation
129 Screven Street                     c/o Szabo Associates, Inc             Collections Department
Georgetown SC 29440-3641               3355 Lenox Road NE, Suite 945         P.O. Box 129
                                       Atlanta, GA 30326-1357                Linden MI 48451-0129



Granite State Management & Resources   Elizabeth R Heilig                    Elizabeth R. Heilig
PO Box 3420                            Meredith Law Firm, LLC                Meredith Law Firm, LLC
Concord, NH 03302-3420                 2411 N. Oak Street                    4000 Faber Place Drive
                                       Suite 107                             Suite 120
                                       Myrtle Beach, SC 29577-3165           North Charleston, SC 29405-8585



Internal Revenue Service               JPMorgan Chase Bank, N.A.             (p)KSERVICING WIND DOWN CORP
Centralized Insolvency Operations      s/b/m/t Chase Bank USA, N.A.          ATTN NICOLE MANOS
PO Box 7346                            c/o Robertson, Anschutz & Schneid, P.L.  3370 N HAYDEN ROAD #123
Philadelphia PA 19101-7346             6409 Congress Avenue, Suite 100       PMB 681
                                       Boca Raton, FL 33487-2853             SCOTTSDALE AZ 85251-6632



Kohl's                                 LVNV Funding LLC                      LVNV Funding, LLC
PO Box 3043                            PO Box 10587                          Resurgent Capital Services
Milwaukee WI 53201-3043                Greenville, SC 29603-0587             PO Box 10587
                                                                             Greenville, SC 29603-0587



MUSC Health                            Merchants & Medical Credit Corp.      Robert R Meredith Jr
1 Poston Road Suite 350                6324 Taylor Drive                     Meredith Law Firm, LLC
Charleston SC 29407-3431               Flint MI 48507-4685                   2411 N. Oak Street
                                                                             Suite 107
                                                                             Myrtle Beach, SC 29577-3165



Midland Credit Management, Inc.        Navient                               Navient Solutions, LLC. on behalf of
PO Box 2037                            PO Box 9500                           Ascendium Education Solutions Inc.
Warren, MI 48090-2037                  Wilkes Barre PA 18773-9500            Po Box 8961
                                                                             Madison WI 53708-8961



New Hampshire Higher Ed/Granite State  OneMain Financial                     Onemain
Attn: Bankruptcy                       Attn: Bankruptcy                      PO Box 3251
Po Box 2097                            601 Nw 2nd Street                     Evansville, IN 47731-3251
Concord NH 03302-2097                  Evansville IN 47708-1013



Optimum Outcomes Inc                   PRA  Receivables Management LLC       PRA Receivables Management, LLC
2651 Warrenville Rd Ste 500            POB 41067                             PO Box 41021
Downers Grove IL 60515-5559            Norfolk, VA 23541-1067                Norfolk, VA 23541-1021



PRA Receivables Management, LLC., as agent o   Justin D. Plean              (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Portfolio Recovery Associates, LLC     Robertson Anschutz & Schneid, PL      PO BOX 41067
POB 41067                              6409 Congress Ave.                    NORFOLK VA 23541-1067
Norfolk, VA 23541-1067                 Suite 100
                                       Boca Raton, FL 33487-2853
```

| | | |
|---|---|---|
| Mary Powers<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Road<br>Suite 450<br>Alpharetta, GA 30004-2001 | QVC<br>1200 Wilson Drive<br>West Chester PA 19380-4262 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Second Round Sub LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (p)PAYPAL<br>3505 SILVERSIDE RD<br>STE 200<br>WILMINGTON DE 19810-4905 | South Carolina Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 | Square Capital<br>29053 Network Place<br>Chicago IL 60673-1290 |
| Square Capital<br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419-0253 | Synchrony Bank<br>PO Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank by AIS InfoSource, LP as agen<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Synchrony Bank/Amazon<br>PO Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/BP Card<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/Care Credit<br>PO Box 965061<br>Orlando FL 32896-5061 | TBF Financial, LLC<br>870 Sheridan Rd.<br>Highwood, IL 60040-1003 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>PO Box 9475<br>Minneapolis MN 55440-9475 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 |
| U.S. Bank Trust National Association<br>Selene Finance, LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 | U.S. Bank Trust National Association, not in<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | US department of education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Waypoint Resource Group<br>Attn: Bankruptcy<br>Po Box 1081<br>San Antonio TX 78294-1081 | Ashley Marie Wenger<br>103 Lucille Lane<br>Hemingway, SC 29554-2920 |
| Brian Ray Wenger<br>103 Lucille Lane<br>Hemingway, SC 29554-2920 | World Omni Financial Corp<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile AL 36691-8817 | World Omni Financial Corp. Its Successor and Assigns<br>c/o Weltman, Weinberg & Reis Co LPA<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 |